IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CHAD BRYANT and BRANDI BRYANT,<br><br>　　Plaintiffs,<br><br>v.<br><br>HOPE CREDIT UNION; DOVENMUEHLE MORTGAGE, INC; I-10 PROPERTIES LLC; SHAPIRO AND BROWN, LLC; and JOHN DOES 1-10,<br><br>　　Defendants. | Case No. 1:19-cv-00249-LG-RHW |

## **DOVENMUEHLE MORTGAGE, INC.'S MOTION TO DISMISS**

COMES NOW, Dovenmuehle Mortgage, Inc. ("DMI"), a Defendant in the above-styled civil action, and hereby moves this Court for an Order dismissing certain claims in the Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). In support of its Motion, DMI contemporaneously files its Brief in Support of its Motion to Dismiss.

WHEREFORE, DMI respectfully requests that the Court grant this Motion and dismiss Plaintiffs' Complaint as to DMI.

Respectfully submitted, this 29th day of April 2019.

　　　　　　　　　　　　　　　　　　　　*/s/ Amanda M. Beckett*
　　　　　　　　　　　　　　　　　　　　AMANDA M. BECKETT MS Bar No. 102738
　　　　　　　　　　　　　　　　　　　　**RUBIN LUBLIN, LLC**
　　　　　　　　　　　　　　　　　　　　428 North Lamar Blvd., Suite 107
　　　　　　　　　　　　　　　　　　　　Oxford, Mississippi 38655
　　　　　　　　　　　　　　　　　　　　(601) 398-0153 (Telephone)
　　　　　　　　　　　　　　　　　　　　(404) 921-9016 (Facsimile)
　　　　　　　　　　　　　　　　　　　　abeckett@rubinlublin.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Dovenmuehle Mortg., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 29th day of April 2019, filed the within and foregoing by CM/ECF, which will serve notice on all parties.

*/s/ Amanda M. Beckett*
AMANDA M. BECKETT (MS Bar No. 102738)
