IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CHAD BRYANT AND** | |
| **BRANDI BRYANT** | **PLAINTIFFS** |
| | |
| **VS.** | **CAUSE NO. 1:19-cv-00249-LG-RHW** |
| | |
| **HOPE CREDIT UNION; DOVENMUEHLE** | **DEFENDANTS** |
| **MORTGAGE, INC.; I-10 PROPERTIES LLC;** | |
| **SHAPIRO AND BROWN, LLC; AND JOHN** | |
| **DOES 1-10** | |

## MOTION FOR LEAVE OF COURT WITHDRAW AS COUNSEL

**COMES NOW**, the undersigned counsel and respectfully moves this Honorable Court to grant them to leave withdraw as counsel for the Plaintiffs, Chad and Brandi Bryant, and in support of which would show the following to-wit:

1. That Michael T. Ramsey has dutifully represented Chand and Brandi Bryant in this matter, but a disagreement in case strategy prevents Mr. Ramsey from continued representation of the Bryant.

2. That Mr. Ramsey wishes to withdraw his representation in this matter.

3. By copy of this written motion, the undersigned has provided all counsel of record and interested parties notice of his intention of withdrawing his representation in this matter.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned counsel respectfully requests that this Honorable Court grant this Motion for Leave to Withdraw.

**RESPECTFULLY SUBMITTED** this 9th day of April, 2020

                                     By: /s/Michael T. Ramsey
                                         Michael T. Ramsey, MS Bar No. 104978

                                         Sheehan & Ramsey, PLLC
                                         429 Porter Avenue

Ocean Springs, MS 39564
(228) 875-0572 / fax: (228) 875-0895
mike@sheehanlawfirm.com

## CERTIFICATE OF SERVICE

I MICHAEL T. RAMSEY, Attorney for the Plaintiffs do hereby certify that I have this date filed the foregoing electronically, which sent notice to all parties involved.

I further certify that I have this date mailed, postage prepaid, a true and correct copy of said Motion to:

Chad and Brandi Bryant
12221 Vidalia Road
Pass Christian, MS 39571

/s/ Michael T. Ramsey
Michael T. Ramsey