UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CHAD BRYANT and<br>BRANDI BRYANT | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:19CV249-LG-RHW |
| HOPE CREDIT UNION et al | DEFENDANTS |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a motion for leave to withdraw as counsel of record filed by attorney Michael T. Ramsey, who currently represents Plaintiffs Chad and Brandi Bryant. Doc. [43]. As reflected in the certificate of service, counsel mailed a copy of the instant motion to Plaintiffs at the following address: 12221 Vidalia Road, Pass Christian, MS 39571. Counsel filed the motion to withdraw on April 9, 2020. Plaintiff has not filed a response; nor have Defendants filed an objection to the motion. Accordingly, the Court finds that the motion to withdraw should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the [43] motion to withdraw is GRANTED. Attorney Michael T. Ramsey is hereby terminated as counsel of record for Plaintiffs. Plaintiffs Chad and Brandi Bryant shall have until **June 1, 2020**, to obtain substitute counsel or to inform the Court in writing of their intention to proceed pro se. **Plaintiffs are cautioned that failure to obtain substitute counsel or to inform the Court in writing of their intention to proceed pro se within the time allowed may result in the dismissal of their lawsuit.**

IT IS FURTHER ORDERED that Plaintiffs' obligation to file responses in opposition to Defendants' currently pending [44] Motion to Strike and [46] Motion to Dismiss is hereby suspended until after the June 1, 2020 deadline to obtain substitute counsel.

The Court will mail a copy of this Order to Plaintiffs at the address provided by their attorney:  Chad and Brandi Bryant, 12221 Vidalia Road, Pass Christian, MS 39571.

SO ORDERED AND ADJUDGED, this the 30th day of April 2020.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE