IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CHAD BRYANT and BRANDI BRYANT | PLAINTIFFS |
| v. | CAUSE NO. 1:19CV249-LG-RHW |
| HOPE CREDIT UNION; DOVENMUEHLE MORTGAGE, INC.; I-10 PROPERTIES LLC; SHAPIRO AND BROWN, LLC; and JOHN DOES 1-10 | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Order Granting Defendants' Motions to Dismiss Plaintiffs' Third Amended Compliant,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' RESPA and FDCPA actions against Hope Credit Union and Dovenmuehle Mortgage, Inc. are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court declines to exercise supplemental jurisdiction over the remaining state law claims. Pursuant to 28 U.S.C. § 1367(c)(3) the remaining state law claims are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 10th day of June, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE